**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ROBIN ZIELINSKI** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **PULTEGROUP, INC. d/b/a PULTE HOMES, INC.** | : | **NO. 10-6761** |
| | : | |

## ORDER

**AND NOW**, this 20th day of July, 2011, upon consideration of the Motion for Summary Judgment (Document No. 25), the plaintiff's response and the defendant's reply, it is **ORDERED** that the motion is **DENIED**.

                                                                        /s/Timothy J. Savage
                                                                       TIMOTHY J. SAVAGE,  J.